UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IRENE KRIVI,

           Plaintiff,

V.

ICR SERVICES, INC.
NATIONAL CREDIT EDUCATION
& REVIEW, INC.

           Defendants.

Case No. 3:03CV639 (AVC)

MARCH 12, 2004

**FILED**

2004 MAR 16 P 12: 03

U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Christopher G. Barnes, hereby moves the Court, pursuant to D. Conn. L. Civ. R. 7(e), to withdraw his appearance in the above-captioned action on behalf of the Defendants, ICR Services, Inc. ("ICR") and National Credit Education & Review, Inc. ("NCER")  This matter was resolved by stipulated judgment and the case closed on September 29, 2003.

Counsel has become aware that Defendant, ICR Services, Inc., has filed a Chapter 11 Bankruptcy petition in the Eastern District of Michigan, Southern Division.  Counsel has also become aware that ICR Services, Inc. has changed its name to Federal Financial.  Defendants have failed to pay counsel for services rendered in connection with this matter.

Since this matter is closed and no delay or prejudice will result from the granting of this motion, the undersigned respectfully moves for a withdrawal of appearance on behalf of Defendants.  Attempts by undersigned counsel to contact Defendants to advise them of this motion for withdrawal have been unsuccessful.  A copy of this motion is being sent to ICR, Federal Financial and NCER via certified mail.

Respectfully submitted,

By _[signature: Chris G. Barnes]_
Christopher G. Barnes (ct23166)
JORDEN BURT LLP
175 Powder Forest Drive, Suite 201
Simsbury, Connecticut 06089
Tel: (860) 392-5000
Fax: (860) 392-5058

## CERTIFICATION

This is to certify that on March 12, 2004, a copy of the foregoing Motion to Withdraw Appearance was served via certified mail to the following:

Federal Financial
ATTN: Bernadino Pavone, President and CEO
38777 W. Six Mile Road
Suite 409
Livonia, MI 48152

National Credit Education & Review
ATTN: Todd Renzi, President
5860 Canton Center Road
Suite 310
Canton, MI 48187

ICR Services, Inc.
ATTN: General Counsel and/or Legal Department
38777 W. Six Mile Road
Suite 409
Livonia, MI 48152

A copy of this motion was mailed via first class mail to the following:

Joanne S. Faulkner, Esq.
Law Offices of Joanne S. Faulkner
123 Avon Street
New Haven, CT 06511-2422

_[signature: Chris G. Barnes]_
Christopher G. Barnes