## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

IRENE KRIVI,                                :

                Plaintiff,               :

V.                                          :

ICR SERVICES, INC.                          :
NATIONAL CREDIT EDUCATION                   :
& REVIEW, INC.                              :
                                            :
                Defendants.             :

2004 MAR 16  P 12: 03

Case No. 3:03CV639 (AVC)

U. DISTRICT COURT
HARTFORD, CT.

MARCH 12, 2004

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Christopher G. Barnes, hereby moves the Court, pursuant to D. Conn. L. Civ. R. 7(e), to withdraw his appearance in the above-captioned action on behalf of the Defendants, ICR Services, Inc. ("ICR") and National Credit Education & Review, Inc. ("NCER") This matter was resolved by stipulated judgment and the case closed on September 29, 2003.

Counsel has become aware that Defendant, ICR Services, Inc., has filed a Chapter 11 Bankruptcy petition in the Eastern District of Michigan, Southern Division. Counsel has also become aware that ICR Services, Inc. has changed its name to Federal Financial. Defendants have failed to pay counsel for services rendered in connection with this matter.

Since this matter is closed and no delay or prejudice will result from the granting of this motion, the undersigned respectfully moves for a withdrawal of appearance on behalf of Defendants. Attempts by undersigned counsel to contact Defendants to advise them of this motion for withdrawal have been unsuccessful. A copy of this motion is being sent to ICR, Federal Financial and NCER via certified mail.

March 22, 2004. GRANTED. SO ORDERED.

Alfred V. Covello U.S.D.J.